MORRIS I. GLETZER, Also Known as MORRIS I. GLECER, Plaintiff, v AMOS HARRIS, Defendant.

GREENPOINT MORTGAGE FUNDING, INC., et al., Respondents, v MORRIS I. GLETZER, Also Known as MORRIS I. GLECER, Appellant, et al., Respondents.

Submitted February 17, 2009; decided February 19, 2009

Motion by New York State Land Title Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and 24 copies filed within seven days.

Chief Judge LIPPMAN taking no part.